UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LILLIAN BELL-HOWELL,

      Plaintiff,                                  Case No. 1:22-cv-405

v.                                                  Hon. Hala Y. Jarbou

UNITED STATES OF AMERICA,

      Defendant.
_____/

**ORDER STAYING CASE**

The parties appeared telephonically before me this date pursuant to an Order Setting Rule 16 Scheduling Conference in this matter. The case arises from a 2018 accident in which plaintiff slipped and fell on black ice on her way to a United Sates Post Office in Eastown, Grand Rapids, Michigan. The case will be resolved by application of Michigan law. The parties have requested that further proceedings in the matter be stayed pending a decision by the Michigan Supreme Court in the case of *Kandil-Elsayed v. F & E Oil, Inc.,* No. 162907, in which that court will address and possibly revise Michigan's open-and-obvious danger doctrine. The interests of judicial economy will be served by granting the parties' request. Accordingly, this matter is **stayed** until the parties advise the Court that the Michigan Supreme Court has issued its decision.

**IT IS SO ORDERED.**

Dated: August 24, 2022                /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge